JOE SMITH, INC., Respondent, *v.* OTIS-CHARLES CORP., Appellants, et al., Defendants.

Argued June 3, 1952; decided July 15, 1952.

*Benjamin E. Shove* for appellant.

*Gordon H. Mahley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.